

# Fourth Court of Appeals
## San Antonio, Texas

September 24, 2020

No. 04-20-00122-CR

Ignacio **SALAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-12-00129-CRK
Honorable Russell Wilson, Judge Presiding

# O R D E R

Appellant's brief was due on August 26, 2020. After the due date, Appellant filed a first motion for a sixty-day extension of time to file the brief.

Appellant's motion is GRANTED. We caution Appellant that any further motion for extension of time to file the brief will be disfavored.

We ORDER Appellant to file the brief not later than October 26, 2020. If Appellant fails to file the brief as ordered, we may abate this appeal and remand the cause to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of September, 2020.



Michael A. Cruz,
Clerk of Court